# Attachment A

| | Swivels |
|---|---|
| 10012W | Walmart QD-115 Blued 1" |
| 10512 | Swivels QD 115 M357 Blued 1" |
| 10612 | QD-115 MAG 10 1"" |
| 10712 | Swivels QD 115 U22 Blued 1" |
| 10892 | H K Fabarn L.E. Swivel Set |
| 10902 | 115 AR 15 Quick Detach |
| 10912 | QD-115 MINI 14 1"" SWVL |
| 10922 | QD-115 RGS 1"" NKL PLT SWVL |
| 10932 | Swivels QD SS BL Nickel 1" |
| 10933 | Swivels QD SS BL Nickel |
| 11612 | 742 BDL 1""RIFLE SWVL |
| 11712 | Swivels 7400 Four Blued 1" |
| 11812 | Swivels 742 ES Blued 1", Clam |
| 12212 | Swivels 760 ES Blued 1", Clam |
| 12312 | Swivels QD 115 MCS Blued 1" |
| 12412 | MP-130 SPS 1"" RIFLE SWVL |
| 12812 | QD-115 NS 1"" RIFLE SWVL |
| 13032 | T/C SWIVEL SET 1"" |
| 13112 | Swivels QD 115 RGS Blued |
| 13112W | Walmart QD-115 Rings Blued 1" |
| 13113 | Swivels QD 115 RGS Blued |
| 13312 | Swivels QD 115 CF Full Band |
| 13412 | Swivels QD 115 RF Blued |
| 13512 | MP-130 CF 1"" RIFLE SWVL |
| 13812 | QD-115 70A 1"" RIFLE SWVL |
| 13912 | Swivels QD 115 CFL Blued 1" |
| 13912W | Walmart QD-115 CFL Blued 1" |
| 13913 | QD-115 CFL 1-1/4"" RIFLE SWVL |
| 14002 | Swivels Premier Assembly Blued |
| 14012 | SWIVEL ASSY, POLYMER |
| 14022 | Swivels Non Tri-Lock Blued 1" |
| 14023 | Swivels QD SS MIM 1 1/4" |
| 14032 | Swivels QD SS BL Blued 1" |
| 14032W | Walmart QD-SS Blued 1" |
| 14033 | Swivels QD SS BL Blued 1 1/4" |
| 14033W | Walmart QD- LP Blued 1 1/4" |
| 14034 | 1"" SWIVELS-CANADA |
| 14035 | 1-1/4"" SWIVELS-CANADA |
| 14042 | Swivels QD 115 BL Blued |
| 14043 | QD115 1-1/4"" LP Bulk Pack |
| 14063 | Swivels Lifetime Warranty |
| 14312 | QD-115 ITH 1"" SHOT SWVL |
| 14412 | Swivels 760 BB Blued 1", Clam |
| 14512 | MP-130 WS 1"" RIFLE SWVL |

| | |
|---|---|
| 14612 | Swivels QD RUG Blued 1", Clam |
| 14622 | Swivels QD RUG Nickel 1", Clam |
| 14812 | Swivels QD 115 BLR Blued 1" |
| 14912 | QD-115 DSG 1"" SHOTGUN SWVL |
| 15312 | Swivels QD 115 LRB Blued 1" |
| 15412 | QD-115 SAV 1"" RIFLE SWVL |
| 15612 | Swivels QD 115 UMC Blued 1" |
| 15612W | Walmart QD-115 UMC Blued |
| 15912 | Swivels QD 115 SG-1 Blued 1" |
| 15922 | Swivels QD 15 SGW-12 Blued 1" |
| 15932 | Swivels QD 115 SG-2 Blued 1" |
| 15952 | Swivels QD 115 SG-3 Blued 1" |
| 15962 | QD-115 SGW-20 1"" SHTGUN SWVL |
| 15972 | Swivels QD 115 SG-4 Blued 1" |
| 16310 | GUN-TITE Glue Resealable Tube |
| 16712 | QD-115 UPS 1"" SWVL |
| 16722 | QD-115 UPS II 1"" SWVL` |
| 16732 | QD-115 UPS FL (1"") SWVL |
| 1700X | 115 SG-1 BAND & SCREW |
| 18000 | MAG. CAP,NO SWVL,REM EXPRESS |
| 18002 | Swivels QD REM 870 EXP Blued |
| 18005 | Swivels QD REM 870 EXP 20 Gage |
| 18010 | MAG CAP,NO SWIV. REM 870 |
| 18012 | Swivels QD REM 870 Blued |
| 18015 | Swivels QD REM 870 20 Gauge |
| 18020 | MAG.CAP, NO SWVL, REM 1100 |
| 18022 | Swivels QD REM 1100 Blued |
| 18025 | Swivels QD REM 11-87 20 Gauge |
| 18030 | MAG.CAP,NO SWIV. REM 1187 |
| 18032 | Swivels QD REM 11-87 Blued |
| 18035 | SWIVELCAP SET REM 1187 20GA |
| 18102 | Swivels QD MOSS 500 Blued |
| 18105 | SWIVELCAP SET,MOSS 500 20GA |
| 18112 | Swivels QD MOSS 590/835 Blued |
| 18202 | Swivels QD WIN 1200/1300 Blued |
| 18302 | Swivels QD BRN-BPS/A5 Blued |
| 18305 | SWIVEL/CAP SET,BRN BPS/A5 20GA |
| 18312 | SWIVEL/CAP SET BRN GOLD |
| 25000 | 115 B Blued Base Screws, Clam |
| 25010 | Blued Woodscrews |
| 25020 | 115 WW Blued |
| 25030 | 115 M Blued |
| 25040 | 115 MM Blued |
| 25050 | Wood Screw w/White Spacer |
| 25060 | Machine Screw and Nut Only |
| 25070 | Screws 115 WWS 48/PK, Poly Bag |
| 25130 | Wood Screw Q/D 1/2" Nickel |
| 25140 | Wood Screw Q/D 3/4" Nickel |
| 25150 | Machine Screw Q/D 7/8" Nickel |
| 25200 | 115 RGS Blued Base Screws |
| 25210 | Screws 115 DWS 12 pack |

| | |
|---|---|
| 25250 | Swivel/Sling Repair Kit, Box |
| 27500 | Swivel & Sling Display |
| 27650 | Swivel Display Self-Seller |
| 28702 | QD-115 BPA 1", Poly Bag |
| 28762 | QD 115 BPC 1"" SWVL |
| 28772 | QD 115 BPE 1 IN. SWVL |