# Attachment B

| Holsters | | | Holster Acc | |
|---|---|---|---|---|
| 62211 | EVO3 Duty Kodra Black | | 61011 | EVO Kodra Divided Mag Case |
| 62212 | EVO3 Duty Kodra Black | | 61012 | EVO Mirage Plain |
| 62213 | EVO3 Duty Mirage Plain Black | | 61013 | EVO Mirage BW Divided Mag Case |
| 62214 | EVO3 Duty Mirage Plain Black | | 61051 | EVO Kodra MKIII OC Case |
| 62215 | EVO3 Duty Mirage BW Black | | 61052 | EVO Mirage Plain MKIII OC Case |
| 62216 | EVO3 Duty Mirage BW Black | | 61053 | EVO Mirage BW MKIII OC Case |
| 63000 | Super Belt Slide Holster | | 61151 | EVO Kodra Handcuff Case |
| 63010 | Super Belt Slide Holster | | 61152 | EVO Mirage Plain Handcuff Case |
| 63020 | Super Belt Slide Holster | | 61153 | EVO Mirage BW Handcuff Case |
| 63050 | Super Belt Slide Holster | | 61201 | EVO Kodra |
| 63120 | Super Belt Slide Holster | | 61202 | EVO Mirage Plain |
| 63150 | Super Belt Slide Holster | | 61203 | EVO Mirage BW |
| 63160 | Super Belt Slide Holster | | 61251 | EVO Kodra Radio Case |
| 63190 | Super Belt Slide Holster | | 61252 | EVO Mirage Plain Radio Case |
| 63211 | EVO3 Duty Kodra Black | | 61253 | EVO Mirage BW Radio Case |
| 63212 | EVO3 Duty Kodra Black | | 74185 | Light Case Mirage BW Black |
| 63213 | EVO3 Duty Mirage Plain Black | | 74187 | Light Case Mirage BW Black |
| 63214 | EVO3 Duty Mirage Plain Black | | 74191 | Light Case, Mirage Plain |
| 63215 | EVO3 Duty Mirage BW Black | | 74192 | Light Case, Mirage BW |
| 63216 | EVO3 Duty Mirage BW Black | | 74193 | Light Case, Mirage Plain |
| 63300 | Super Belt Slide Holster | | 74194 | Light Case, Mirage BW |
| 63360 | Super Belt Slide Holster | | 74261 | Mirage Plain Pistol Mag Case |
| 63401 | Super Belt Slide Holster | | 74262 | Pistol Mag Case Mirage BW |
| 64002 | Small Notebook Holster Black | | 74351 | Mirage Plain Cuff Case Black |
| 64003 | PDA Style Holster Black | | 74352 | Mirage BW Cuff Case Black |
| 65181 | Pro-3 Original Mirage Plain | | 74361 | Double Pistol Mag Case |
| 65182 | Pro-3 Original Mirage Plain | | 74362 | Double Pistol Mag Case |
| 65184 | Pro-3 Original Mirage BW Black | | 74366 | Divided Mag Case Mirage Plain |
| 65185 | Pro-3 Original Mirage BW Black | | 74367 | Divided Double Mag Case |
| 65201 | Pro-3 Original Mirage Plain | | 74371 | Pistol Mag Case Plain |
| 65202 | Pro-3 Original Mirage Plain | | 74372 | Mirage BW Pistol Mag Case |
| 65204 | SZ20 PRO-3 HOLSTER BSKTWV RH | | 74532 | Pager Case Mirage BW Black |
| 65205 | Pro-3 Original Mirage BW Black | | 74571 | Double Cuff Case Plain, Card |
| 65211 | Pro-3 Original Mirage Plain | | 74572 | Duty Cuff Case Mirage BW Black |
| 65212 | Pro-3 Original Mirage Plain | | 74581 | Silent Key Mirage Plain Black |
| 65214 | Pro-3 Original Mirage BW Black | | 74582 | Silent Key Mirage BW Black |
| 65215 | Pro-3 Original Mirage BW Black | | 74601 | Open Key Mirage Plain Black |
| 65221 | Pro-3 Original Mirage Plain | | 74691 | MKIV OC Case Mirage Plain |
| 65222 | Pro-3 Original Mirage Plain | | 74692 | MKIV OC Case Mirage BW Black |

| | | | |
|---|---|---|---|
| 65224 | Pro-3 Original Mirage BW Black | 74711 | Standard Key Mirage Plain |
| 65225 | Pro-3 Original Mirage BW Black | 74771 | MKIII OC Case Mirage Plain |
| 65231 | Pro-3 Original Mirage Plain | 74775 | MKIII OC Case Mirage BW Black |
| 65232 | Pro-3 Original Mirage Plain | 74781 | Duty Cuff Case Mirage Plain |
| 65234 | Pro-3 Original Mirage BW Black | 74782 | Duty Cuff Case Mirage BW Black |
| 65235 | Pro-3 Original Mirage BW Black | 74841 | ASP Baton Mirage Plain Black |
| 65251 | SZ25 PRO-3 HOLSTER NYTEK-RH | 74842 | ASP Baton Mirage BW Black |
| 65252 | Pro-3 Original Mirage Plain | 74961 | Double Latex Glove |
| 65254 | Pro-3 Original Mirage BW Black | 74962 | Double Latex Glove Mirage Base |
| 65255 | Pro-3 Original Mirage BW Black | 74984 | Radio Case Mirage Plain Black |
| 65301 | Pro-3 Original Mirage Plain | 74994 | Radio Case Mirage BW Black |
| 65302 | Pro-3 Original Mirage Plain | 7702520 | Drop Leg Black Platform |
| 65304 | SZ30 PRO-3 BSKTWV RH | 7702521 | Drop Leg OD Green Platform |
| 65305 | Pro-3 Original Mirage BW Black | 77921 | Open Cuff Case Kodra Black |
| 66521 | High Ride Mirage Plan Black | 88172 | Pistol Mag Case Kodra Black |
| 66522 | High Ride Mirage Plain Black | 88181 | Light Case Kodra Black |
| 66524 | High Ride Mirage BW Black | 88183 | Light Case Kodra Black Stinger |
| 66525 | SZ2 H/R HOLSTER BSKTWV LH | 88184 | Light Case Kodra Black |
| 67184 | Jacket Slot Mirage BW Black | 88185 | Light Case, Kodra, Black |
| 67185 | Jacket Slot Mirage BW Black | 88186 | Flashlight Case Kodra Black |
| 67254 | Jacket Slot Mirage BW Black | 88251 | Open Cuff Case Kodra Black |
| 67255 | Jacket Slot Mirage BW Black | 88261 | Pistol Mag Case Kodra Black |
| 67304 | Jacket Slot Mirage BW Black | 88351 | Cuff Case Kodra Black Compact |
| 67305 | Jacket Slot Mirage BW Black | 88361 | Pistol Mag Case Kodra Black |
| 67511 | X26 Taser Mirage Plain Black | 88367 | Divided Pistol Mag Case Kodra |
| 67512 | X26 Taser Mirage Plain Black | 88371 | Pistol Mag Case Kodra Black |
| 67513 | X26 Taser Mirage BW Black RH | 88521 | Pager Case Kodra Black Small |
| 67514 | X26 Taser Mirage BW Black LH | 88531 | Pager Case Kodra Black Medium |
| 67521 | Std Ret Duty Mirage Plain | 88571 | Duty Cuff Case Kodra Black |
| 67522 | Std Ret Duty Mirage Plain | 88581 | Silent Key Kodra Black |
| 67524 | Std Ret Duty Mirage BW Black | 88601 | Open Key Kodra Black |
| 67525 | Std Ret Duty Mirage BW Black | 88621 | Flashlight Ring Kodra Black |
| 68202 | OT Molle Kydex Size 20, LH | 88631 | Flashlight Ring Kodra Black |
| 68212 | PRO-4 ID HOLSTER LH* | 88671 | Mini Light Case Kodra Black |
| 68221 | OT Molle Kydex Size 22, RH | 88691 | MKIV OC Case Kodra Black |
| 68511 | X26 TASER HOL/MOLLEPLAT-RH | 88711 | Standard Key Kodra Black |
| 68512 | X26 TASER HOL/MOLLEPLAT-LH | 88771 | MKIII OC Case Kodra Black |
| 69181 | Pro-3 Tac Plat Holster Kodra | 88781 | Duty Cuff Case Kodra Black |

| | | | |
|---|---|---|---|
| 69182 | Pro-3 Tac Plat Holster Kodra | 88801 | Fitted Radio Case Kodra Black |
| 69251 | Pro-3 Tac Plat Holster Kodra | 88802 | Fitted Radio Case Kodra Black |
| 69252 | Pro-3 Tac Plat Holster Kodra | 88804 | Universal Radio Case Kodra |
| 69301 | Pro-3 Tac Plat Holster Kodra | 88806 | Universal Radio Case Kodra |
| 69302 | Pro-3 Tac Plat Holster Kodra | 88808 | Remote Microphone Kodra Black |
| 70150 | SideKick Holster Kodra Black | 88811 | ASP Baton Kodra Black |
| 70160 | SideKick Holster Kodra Black | 88841 | ASP Baton Kodra Molded Black |
| 70360 | SideKick Holster Kodra Black | 88871 | Latex Glove Kodra Black |
| 71001 | Hip Holster Kodra Black | 88961 | Latex Glove Kodra Black |
| 71002 | Hip Holster Kodra Black | 88971 | Radio Case Kodra Black |
| 71011 | Hip Holster Kodra Black | 88974 | Radio Case Kodra Black |
| 71012 | Hip Holster Kodra Black | 88981 | Radio Case Kodra Black |
| 71021 | Hip Holster Kodra Black | 88982 | Radio Case Kodra Black |
| 71022 | Hip Holster Kodra Black | 88984 | Radio Case Kodra Black |
| 71031 | Hip Holster Kodra Black | 66990 | High Ride Mirage Plain/BW |
| 71032 | Hip Holster Kodra Black | 74151 | STINGER HP LIGHT HLDR-NYTEK |
| 71051 | Hip Holster Kodra Black | 74152 | STINGER HP LIGHT HLDR-BSKTWV |
| 71052 | Hip Holster Kodra Black | 74181 | Light Case Mirage Plain Black |
| 71151 | Hip Holster Kodra Black | 74183 | Light Case Mirage Plain Black |
| 71152 | Hip Holster Kodra Black | 74184 | Stinger XT Case Mirage Plain |
| 71161 | Hip Holster Kodra Black | 74189 | STINGER XT STRMLGHT PCH-BSKTWV |
| 71162 | Hip Holster Kodra Black | 74272 | Speedloader Case Mirage Plain |
| 71191 | Hip Holster Kodra Black | 74274 | Speedloader Case Mirage BW |
| 71192 | Hip Holster Kodra Black | 74312 | Speedloader Case Mirage BW |
| 71211 | Hip Holster Kodra Black | 74376 | Divided Mag Case Mirage Plain |
| 71212 | Hip Holster Kodra Black | 74377 | Divided Double Mag Case |
| 71361 | Hip Holster Kodra Black | 74512 | CASSETTE RECORDER CASE BSKTWV |
| 71362 | Hip Holster Kodra Black | 74531 | Pager Case Mirage Plain Black |
| 72051 | Hip Holster Kodra Black | 74621 | Flashlight Ring Mirage Plain |
| 72151 | Hip Holster Kodra Black | 74631 | Flashlight Ring Mirage Plain |
| 75011 | Vert Shoulder Holster Pro-Pak | 74672 | MINI LITE PCH W/FLP BSKTW |
| 75021 | Vert Shoulder Holster Pro-Pak | 7482 | CHOKE TUBE PCH -BLK |
| 75051 | Vert Shoulder Holster Kodra | 74851 | Dual Ret Cuff Case |
| 75151 | Vert Shoulder Holster Pro-Pak | 74852 | Dual Ret Cuff Case Mirage BW |
| 76001 | ITP Holster Black | 74941 | Pistol Mag Case Mirage Plain |
| 76002 | ITP Holster Black | 74942 | Pistol Mag Case Mirage BW |
| 76011 | ITP Holster Black | 74991 NP | SZ1 CASE RADIO S/LP BSKTW/BULK |
| 76012 | ITP Holster Black | 7663 | AEROSOL CS PEPERMT PPG.S/NBIND |
| 76021 | ITP Holster Black | 7694 | BELGIUM MACE CASE |
| 76022 | ITP Holster Black | 77901 | HZSH DBL MAG CS W/2W BLT |
| 76051 | ITP Holster Black | 77931 | Universal Radio Case Pro-Pak |
| 76052 | ITP Holster Black | 7870 | COLT CLEANING POUCH-GREEN |
| 76101 | ITP Holster Black | 7932 | FLSHLIGHT D-CELL HOLDER |
| 76102 | ITP Holster Black | 7972 | RADIO SWV CLP-MALE |
| 76151 | ITP Holster Black | 8326 | NOTEBOOK PAD COVER# |

| | | | |
|---|---|---|---|
| 76152 | ITP Holster Black | 88053 | Shotgun Cartridge Belt |
| 76161 | ITP Holster Black | 881400 | HD TORCH COMBO Black PROMO |
| 76162 | ITP Holster Black | 88151 | Flashlight Holder Cordura |
| 76361 | ITP Holster Black | 8817 | COLT CLEANING POUCH-GREEN |
| 76362 | ITP Holster Black | 88171 | Pistol Mag Case Kodra Black |
| 77000 | Horizontal Shoulder Holster | 88173 | OT Mag Case Cordura Black |
| 77010 | Horizontal Shoulder Holster | 88174 | OT Mag Case Cordura Black |
| 77020 | Horizontal Shoulder Holster | 88182 | SURE FIRE PCH LG 6R BLK |
| 77050 | Horizontal Shoulder Holster | 88191 | Pistol Mag Case Kodra Black |
| 7714 | SZ 0 SBS NYTEK W/ WEB BLTLPS | 88241 | Undercover Pistol Mag Case |
| 77150 | Horizontal Shoulder Holster | 88271 | Universal Speedloader Case |
| 77160 | Horizontal Shoulder Holster | 88281 | Universal Speedloader Case |
| 7736 | SZ21 AUTO DUTY HOLST - RH | 88291 | Universal Pistol Mag Case |
| 77360 | Horizontal Shoulder Holster | 88301 | Speedloader Case Kodra Black |
| 78001 | Paddle Holster Kodra Black | 88311 | Speedloader Case Kodra Black |
| 78011 | Paddle Holster Kodra Black | 88321 | Universal Pistol Mag Case |
| 78021 | Paddle Holster Kodra Black | 88326 | LARGE FLDING KNIFE CASE ADV |
| 78051 | Paddle Holster Kodra Black | 88331 | Folding Rifle Cartridge Kodra |
| 7813 | BREECH COVER TUFF HIDE | 88332 | SAFARI FLDG RFL CART - BLK |
| 7814 | DES EAGLE BNDL W/LOGO/PKG | 88336 | MAGNUM FOLDING CRT CARR-ADV |
| 78151 | Paddle Holster Kodra Black | 88341 | RFL CLIP/COMPASS PCH-BLK |
| 78161 | Paddle Holster Kodra Black | 88364 | QUAD MAG CASE DBL-CORDURA |
| 78191 | Paddle Holster Kodra Black | 88374 | QUAD MAG CASE SNGL-CORDURA |
| 78192 | SZ19 PADDLE HOLS -BLK LH | 88377 | DIVIDED DBL MAG,SGL ROW-W/O FL |
| 78211 | Paddle Holster Kodra Black | 88381 | Belt Pouch Kodra Black |
| 7823 | SZ4 BNDLR SCP LOGO/PKG RH | 88386 | ALL PURPOSE BLT PCH ADV |
| 78361 | Paddle Holster Kodra Black | 88391 | WRIST BAND CART HLRD-BLK |
| 7846 | HOLSTER HZ PRPK WALTHERP5-AM | 88401 | Cartridge Slide Kodra Black |
| 7848 | POUCH STUN TECH W/VELCRO | 88411 | Cartridge Slide Kodra Black |
| 7860 | HURR.PISTL HIP HOLST-BLK | 88421 | SM FULL BX CART CARRIER |
| 7881 | SZ15 ISP FLAT-RH | 88431 | LG FULL BX CART CARRIER |
| 7920 | SNGL MAG PCH W/INSERT-VEL BLTP | 88441 | Cartridge Carrier Kodra Black |
| 7924 | ALL PURPOSE BLT PCH - BLACK | 88451 | Folding Rifle Cartridge Kodra |
| 7927 | DBL MAG CLP PCH-VELCRO BLTLP | 88456 | FLDING RFLE CART CARRIER ADV |
| 7983 | SZ30 PR0-3 JKT RH DENMARK-PKG | 88461 | .22/Pellet Kodra Black |
| 80026 | Sidekick Hip Holster Kodra | 88471 | Cartridge Slide Kodra Black |
| 80036 | Sidekick Hip Holster Kodra | 88481 | Buttstock Shell Holder Kodra |

| | | | |
|---|---|---|---|
| 80046 | Sidekick Hip Holster Kodra | 88482 | Buttstock Shell Holder Kodra |
| 80056 | Sidekick Hip Holster Kodra | 88483 | Buttstock Shell Holder |
| 80066 | Sidekick Hip Holster Kodra | 88485 | RUGER CARBINE BUTTSTK MAG PCH |
| 80086 | Sidekick Hip Holster Kodra | 88486 | M-16 DBL MAG PCH BUTT STOCK |
| 80156 | Sidekick Hip Holster Kodra | 88487 | Buttstock Double Mag Pouch |
| 81001 | Sidekick Hip Holster Kodra | 88491 | Buttstock Shell Holder Kodra |
| 81002 | Sidekick Hip Holster Kodra | 88492 | Buttstock Shell Holder Kodra |
| 81011 | Sidekick Hip Holster Kodra | 88493 | Buttstock Shell Holder |
| 81012 | Sidekick Hip Holster Kodra | 88501 | CHOKE TUBE POUCH BLACK |
| 81021 | Sidekick Hip Holster Kodra | 88512 | CASSETTE RECORDER CS CORDURA |
| 81022 | Sidekick Hip Holster Kodra | 88551 | Cell Phone Case Kodra Black |
| 81031 | Sidekick Hip Holster Kodra | 88561 | POLICE WLLT & BADGE HLDR |
| 81032 | Sidekick Hip Holster Kodra | 88611 | PR-24 C-CELL HOLDER -BLACK |
| 81041 | Sidekick Hip Holster Kodra | 88655 | NYL HIDE-A-KEY |
| 81042 | Sidekick Hip Holster Kodra | 88656 | MOLDED HIDE-A-KEY |
| 81051 | Sidekick Hip Holster Kodra | 88657 | Belt Keepers Molded BW Black |
| 81052 | Sidekick Hip Holster Kodra | 88661 | MINI LIT PCH NO FLAP-BLK |
| 81061 | Sidekick Hip Holster Kodra | 88676 | MINI LITE PCH W/ FLAP ADV |
| 81062 | Sidekick Hip Holster Kodra | 88701 | MACE/TEAR GAS HLD XL-BLK |
| 81071 | Sidekick Hip Holster Kodra | 88721 | Fanny Pack Holster GunRunner |
| 81072 | Sidekick Hip Holster Kodra | 88731 | Fanny Pack Holster GunRunner |
| 81081 | Sidekick Hip Holster Kodra | 88741 | Fanny Pack Holster GunRunner |
| 81082 | Sidekick Hip Holster Kodra | 88772 | CHEM CS W/CLP MED - BLK |
| 81091 | Sidekick Hip Holster Kodra | 88803 | Fitted Radio Case Kodra Black |
| 81092 | Sidekick Hip Holster Kodra | 88809 | Radio Case Molded Black |
| 81101 | Sidekick Hip Holster Kodra | 88821 | BATON HLD 21""FOAM-NO FLP |
| 81102 | Sidekick Hip Holster Kodra | 88851 | DUTY SINGL CUFF CASE-BLK |
| 81111 | Sidekick Hip Holster Kodra | 88881 | DBL MAG CS .22 AUTO -BLK |
| 81112 | Sidekick Hip Holster Kodra | 88891 | Belt Pouch Gun Pak Black |
| 81121 | Sidekick Hip Holster Kodra | 88895 | Belt Pouch Gun Pak Black |
| 81122 | Sidekick Hip Holster Kodra | 88911 | KNIFE/MINI LITE CASE-BLK |
| 81141 | Sidekick Hip Holster Kodra | 88931 | FLDG KNF .380 CS SML-BLK |
| 81142 | Sidekick Hip Holster Kodra | 88941 | COMPACT MAG PCH W/INSERT |
| 81151 | Sidekick Hip Holster Kodra | 88951 | CMPCT DB MG CS F/9MM .40 |
| 81152 | Sidekick Hip Holster Kodra | 88983 | Radio Case Kodra Black |
| 81161 | Sidekick Hip Holster Kodra | | |
| 81162 | Sidekick Hip Holster Kodra | | |
| 81171 | Sidekick Hip Holster Kodra | | |
| 81172 | Sidekick Hip Holster Kodra | | |
| 81181 | Sidekick Hip Holster Kodra | | |
| 81182 | Sidekick Hip Holster Kodra | | |
| 81191 | Sidekick Hip Holster Kodra | | |
| 81192 | Sidekick Hip Holster Kodra | | |
| 81361 | Sidekick Hip Holster Kodra | | |
| 81362 | Sidekick Hip Holster Kodra | | |
| 81521 | Sidekick Hip Holster Black | | |
| 81522 | Sidekick Hip Holster Black | | |
| 81531 | Sidekick Hip Holster Kodra | | |
| 81532 | Sidekick Hip Holster Kodra | | |

| | |
|---|---|
| 81541 | Sidekick Hip Holster Kodra |
| 81542 | Sidekick Hip Holster Kodra |
| 83001 | Vert Shoulder Holster Kodra |
| 83002 | Vert Shoulder Holster Kodra |
| 83011 | Vert Shoulder Holster Kodra |
| 83012 | Vert Shoulder Holster Kodra |
| 83021 | Vert Shoulder Holster Kodra |
| 83022 | Vert Shoulder Holster Kodra |
| 83031 | Vert Shoulder Holster Kodra |
| 83032 | Vert Shoulder Holster Kodra |
| 83041 | Vert Shoulder Holster Kodra |
| 83042 | Vert Shoulder Holster Kodra |
| 83051 | Vert Shoulder Holster Kodra |
| 83052 | Vert Shoulder Holster Kodra |
| 83061 | Vert Shoulder Holster Kodra |
| 83062 | Vert Shoulder Holster Kodra |
| 83111 | Vert Shoulder Holster Kodra |
| 83112 | Vert Shoulder Holster Kodra |
| 83121 | Vert Shoulder Holster Kodra |
| 83122 | Vert Shoulder Holster Kodra |
| 83131 | Vert Shoulder Holster Kodra |
| 83132 | Vert Shoulder Holster Kodra |
| 83151 | Vert Shoulder Holster Kodra |
| 83152 | Vert Shoulder Holster Kodra |
| 83541 | Vert Shoulder Holster Black |
| 83542 | Vert Shoulder Holster Black |
| 83551 | Vert Shoulder Holster Kodra |
| 83552 | Vert Shoulder Holster Kodra |
| 84036 | Scoped Vert Shoulder Holster |
| 84046 | Scoped Vert Shoulder Holster |
| 84136 | Scoped Vert Shoulder Holster |
| 85031 | Scoped Vert Shoulder Holster |
| 85032 | Vert Shoulder Holster Kodra |
| 85041 | Scoped Vert Shoulder Holster |
| 85042 | Scoped Vert Shoulder Holster |
| 85131 | Scoped Vert Shoulder Holster |
| 85132 | Scoped Vert Shoulder Holster |
| 86000 | Super Belt Slide Holster Kodra |
| 86010 | Super Belt Slide Holster Kodra |
| 86020 | Super Belt Slide Holster Kodra |
| 86050 | Super Belt Slide Holster Kodra |
| 86120 | Super Belt Slide Holster Kodra |
| 86150 | Super Belt Slide Holster Kodra |
| 86160 | Super Belt Slide Holster Kodra |
| 86190 | Super Belt Slide Holster Kodra |
| 86300 | Super Belt Slide Holster Kodra |
| 86360 | Super Belt Slide Holster Kodra |
| 86900 | Side Bet Slide Holster Kodra |
| 86901 | Baby Bet Slide Holster Kodra |
| 87000 | Horizontal Shoulder Holster |
| 87010 | Horizontal Shoulder Holster |

| | |
|---|---|
| 87020 | Horizontal Shoulder Holster |
| 87050 | Horizontal Shoulder Holster |
| 87150 | Horizontal Shoulder Holster |
| 87160 | Horizontal Shoulder Holster |
| 87360 | Horizontal Shoulder Holster |
| 87441 | OT Inside-the-Pocket Holster |
| 87442 | OT Inside-the-Pocket Holster |
| 87443 | OT Inside-the-Pocket Holster |
| 87444 | OT Inside-the-Pocket Holster |
| 87451 | Body Armour Holster Tan/Beige |
| 87452 | Body Armour Holster Tan/Beige |
| 87453 | Body Armour Holster Tan/Beige |
| 87454 | Body Armour Holster Tan/Beige |
| 87458 | TACTICAL VEST HOLSTER-BLK |
| 87461 | SZ1 BELLY BAND(ONLY)26""-30"" |
| 87462 | SZ2 BELLY BAND (ONLY)32""-36"" |
| 87463 | SZ3 BELLY BAND(ONLY)38""-42"" |
| 87464 | SZ4 BELLY BAND(ONLY)44""-48"" |
| 88101 | Ankle Holster Kodra Black |
| 88102 | Ankle Holster Kodra Black |
| 88121 | Ankle Holster Kodra Black |
| 88122 | Ankle Holster Kodra Black |
| 88161 | Ankle Holster Kodra Black |
| 88162 | Ankle Holster Kodra Black |
| 88201 | Ankle Holster Kodra Black |
| 88202 | Ankle Holster Kodra Black |
| 88211 | Ankle Holster Kodra Black |
| 88212 | Ankle Holster Kodra Black |
| 88751 | Compact Fanny Pack Black |
| 89001 | OT ITP Holster Black |
| 89002 | OT ITP Holster Black |
| 89011 | OT ITP Holster Black |
| 89012 | OT ITP Holster Black |
| 89021 | OT ITP Holster Black |
| 89022 | OT ITP Holster Black |
| 89051 | OT ITP Holster Black |
| 89052 | OT ITP Holster Black |
| 89101 | OT ITP Holster Black |
| 89102 | OT ITP Holster Black |
| 89121 | OT ITP Holster Black |
| 89122 | OT ITP Holster Black |
| 89151 | OT ITP Holster Black |
| 89152 | OT ITP Holster Black |

| | |
|---|---|
| 89161 | OT ITP Holster Black |
| 89162 | OT ITP Holster Black |
| 89361 | OT ITP Holster Black |
| 89362 | OT ITP Holster Black |
| 94036 | Scoped Bandolier Kodra RTHW |
| 94046 | Scoped Bandolier Kodra RTHW |
| 94136 | Scoped Bandolier Kodra RTHW |
| 95031 | Scoped Bandolier Kodra Black |
| 95041 | Scoped Bandolier Kodra Black |
| 95131 | Scoped Bandolier Kodra Black |
| 95181 | Pro-3 Original Kodra Black |
| 95182 | Pro-3 Original Kodra Black |
| 95201 | Pro-3 Original Kodra Black |
| 95202 | Pro-3 Original Kodra Black |
| 95211 | Pro-3 Original Kodra Black |
| 95212 | Pro-3 Original Kodra Black |
| 95221 | Pro-3 Original Kodra Black |
| 95222 | Pro-3 Original Kodra Black |
| 95231 | Pro-3 Original Kodra Black |
| 95232 | Pro-3 Original Kodra Black |
| 95251 | Pro-3 Original Kodra Black |
| 95252 | Pro-3 Original Kodra Black |
| 95281 | Pro-3 Original Kodra Black |
| 95282 | SZ28 PRO-3 -LH |
| 95291 | Pro-3 Original Kodra Black |
| 95292 | Pro-3 Original Kodra Black |
| 95301 | Pro-3 Original Kodra Black |
| 95302 | Pro-3 Original Kodra Black |
| 95541 | Scoped Bandolier Kodra Black |
| 95551 | Scoped Bandolier Kodra Black |
| 96181 | SZ18 AUTO HOLSTER-RH |
| 96182 | SZ18 AUTO HOLSTER-LH |
| 96191 | SZ19 AUTO HOLSTER-RH |
| 96192 | High Ride Kodra Black |
| 96201 | High Ride Kodra Black |
| 96202 | SZ20 AUTO HOLSTER-LH |
| 96211 | SZ21 AUTO HOLSTER-RH |
| 96212 | SZ21 AUTO HOLSTER-LH |
| 96221 | SZ22 AUTO HOLSTER-RH |
| 96222 | High Ride Kodra Black |
| 96231 | High Ride Kodra Black |
| 96232 | High Ride Kodra Black |
| 96251 | High Ride Kodra Black |
| 96252 | High Ride Kodra Black |
| 96301 | SZ30 AUTO HOLSTER-RH |
| 96302 | SZ30 AUTO HOLSTER-LH |
| 96521 | SZ2 H/R HOLSTER RH |
| 96522 | SZ2 H/R HOLSTER-LH |
| 96990 | High Ride Kodra Black |

| | |
|---|---|
| 97000 | SZ0 UNDERCOVER HOLSTER |
| 97010 | Horizontal Shoulder Cordura |
| 97020 | Horizontal Shoulder Cordura |
| 97050 | SZ5 UNDERCOVER HOLSTER |
| 97100 | SZ10 UNDERCOVER HOLSTER |
| 97150 | Horizontal Shoulder Cordura |
| 97160 | SZ16 UNDERCOVER HOLSTER |
| 97360 | SZ36 UNDERCOVER HOLSTER |
| 98191 | Std Ret Duty Holster Kodra |
| 98192 | Std Ret Duty Holster Kodra |
| 98211 NP | Jacket Slot Kodra Black |
| 98212 NP | Jacket Slot Kodra Black |
| 98511 | X26 Taser Cordura Black RH |
| 98512 | X26 Taser Cordura Black LH |
| 99051 | Tac Plat Holster Kodra Black |
| 99052 | Tac Plat Holster Kodra Black |
| 99055 | Tac Plat Holster Kodra Black |
| 99056 | Tac Plat Holster Kodra Black |
| 99057 | Std Ret Duty Holster Kodra |
| 99058 | Std Ret Duty Holster Kodra |
| 99151 | Tac Plat Holster Kodra Black |
| 99152 | Tac Plat Holster Kodra Black |
| 99155 | Tac Plat Holster Kodra Black |
| 99156 | Tac Plat Holster Kodra Black |
| 99157 | Std Ret Duty Kodra Black |
| 99158 | Std Ret Duty Kodra Black |
| 99251 | Dual Ret Tac Plat Holster |
| 99252 | Dual Ret Tac Plat Holster |
| 99301 | Dual Ret Tac Plat Holster |
| 99302 | Dual Ret Tac Plat Holster |
| 99511 | X26 Taser Cordura Black RH |
| 99512 | TASER HOLX26 TACTICAL CORD- LH |
| 99521 | SZ2 TACT HOLSTR - RH |
| 99522 | SZ2 TACT HOLSTR -LH |
| 99561 | Tac Plat Accessory Flap |
| 99562 | Tac Plat Accessory Flap |
| 99580 | LEG HARNESS TAC PADDLE |
| 99581 | OFFSIDE TACT PLATFORM |
| 99603 | Uncle Mikes Triangle 2'x6' |
| MO112570 | MISC. SHOW SALE |
| MO60121 | OT Hip Holster Kydex Black |
| MO60122 | OT Hip Holster Kydex Black |

| | |
|---|---|
| MO67521 | Std Ret Duty Holster |
| MO68211 | OT Molle Kydex Black |
| MO70010 | Sidekick Hip Holster Kodra |
| MO70020 | SideKick Holster Kodra Black |
| **MO70050** | Sidekick Hip Holster Kodra |
| **MO910484** | SZ15 ISP HOLSTER-RH |
| 35231 | Pro-3 Holster Kodra Black |
| 35232 | Pro-3 Holster Kodra Black |
| 35234 | Pro-3 Holster Mirage Plain |
| 35235 | Pro-3 Holster Mirage BW Black |
| 35236 | Pro-3 Holster Mirage BW Black |
| 3524 | BLT LP DROP KYDEX-6 HOLE |
| 35253 | Pro-3 Holster Mirage Plain |
| 3530 | BELT LOOP HIGH RISE NYT S/A |
| 35303 | Pro-3 Holster Mirage Plain |
| 35304 | Pro-3 Holster Mirage Plain |
| 35305 | Pro-3 Holster Mirage BW Black |
| 35306 | Pro-3 Holster Mirage BW Black |
| 35341 | Pro-3 Holster Kodra Black |
| 35342 | Pro-3 Holster Kodra Black |
| 35343 | Pro-3 Holster Mirage Plain |
| 35344 | Pro-3 Holster Mirage Plain |
| 35345 | Pro-3 Holster Mirage BW Black |
| 35346 | Pro-3 Holster Mirage BW Black |
| 3608 | YOKE OFFSIDE |
| 3714 | PP VT WLTHR P5 HOLSTR ONLY RH |
| 38201 | Pro-3 Super Belt Slide Holster |
| 38202 | Pro-3 Super Belt Slide Holster |
| 38211 | Pro-3 Super Belt Slide Holster |
| 38212 | Pro-3 Super Belt Slide Holster |
| 38221 | Pro-3 Super Belt Slide Cordura |
| 38222 | Pro-3 Super Belt Slide Cordura |
| 38301 | Pro-3 Super Belt Slide Cordura |
| 38302 | Pro-3 Super Belt Slide Cordura |

| | |
|---|---|
| 39201 | Pro-3 Super Belt Slide |
| 39202 | Pro-3 Super Belt Slide |
| 39211 | Pro-3 Super Belt Slide |
| 39212 | Pro-3 Super Belt Slide |
| 39221 | Pro-3 Super Belt Slide |
| 39222 | Pro-3 Super Belt Slide |
| 39301 | Pro-3 Super Belt Slide |
| 39302 | Pro-3 Super Belt Slide |
| 40501 | Pro-1 High Ride Cordura |
| 40502 | Pro-1 High Ride Cordura |
| 40503 | Pro-1 High Ride |
| 40504 | Pro-1 High Ride |
| 40505 | Pro-1 High Ride |
| 40511 | Pro-1 High Ride Cordura |
| 40512 | Pro-1 High Ride Cordura |
| 40513 | Pro-1 High Ride |
| 40514 | Pro-1 High Ride |
| 40515 | Pro-1 High Ride |
| 40516 | Pro-1 High Ride |
| 40521 | Pro-1 High Ride Cordura |
| 40522 | Pro-1 High Ride Cordura |
| 40523 | Pro-1 High Ride |
| 40524 | Pro-1 High Ride |
| 40525 | Pro-1 High Ride |
| 40526 | Pro-1 High Ride |
| 41501 | Pro-1 Jacket Slot |
| 41502 | Pro-1 Jacket Slot |
| 41504 | Pro-1 Jacket Slot |
| 41505 | Galls Pro-1 Jacket Slot |
| 41506 | Pro-1 Jacket Slot |
| 41511 | Pro-1 Jacket Slot |
| 41513 | Pro-1 Jacket Slot |
| 41514 | Pro-1 Jacket Slot |
| 41515 | Pro-1 Jacket Slot |
| 41516 | Pro-1 Jacket Slot |
| 41523 | Pro-1 Jacket Slot |
| 41524 | Pro-1 Jacket Slot |
| 41525 | Pro-1 Jacket Slot |
| 42181 | SZ18 PRO-2 H/R DTY HOLSTR-RH |
| 42182 | Pro-2 High Ride Plain |
| 42183 | Pro-2 High Ride Plain |
| 42184 | SZ18 PRO-2 H/R DTY HOL NYTK-LH |
| 42185 | Pro-2 High Ride BW Size 18, RH |
| 42186 | SZ18 PRO-2 H/R DTY HOL BW -LH |
| 42201 | Pro-2 High Ride Cordura |
| 42202 | Pro-2 High Ride Cordura |
| 42203 | Pro-2 High Ride Plain |
| 42204 | Pro-2 High Ride Plain |

| | |
|---|---|
| 42205 | SZ 20 PRO-2 H/ R BW- RH |
| 42206 | SZ20 PRO2 H/R BSKTWV-LH |
| 42211 | SZ21 H/R PRO-2 CORD- RH |
| 42212 | SZ21  PRO-2  H/R CORD-LH |
| 42213 | SZ21 PRO-2 H/R NYTEK-RH |
| 42214 | SZ21 PRO-2 H/R NYTEK-LH |
| 42215 | SZ21 PRO-2 H/R BSKTWV-RH |
| 42216 | Pro-2 High Ride BW Size 21, RH |
| 42221 | SZ22 PRO-2 H/R CORD- RH |
| 42222 | SZ22 PRO-2 H/R CORD -LH |
| 42223 | Pro-2 High Ride Plain |
| 42224 | SZ22 PRO-2 H/R NYTEK-LH |
| 42225 | SZ22 PRO-2 H/R BSKTWV RH |
| 42226 | SZ22 PRO-2 H/R BSKTWV LH |
| 42255 | SZ25 PRO-2 H/R DTY HOL BW-RH |
| 42256 | SZ25 PRO-2 H/R DTY HOL BW-LH |
| 45201 | Pro-3 Tac Plat Cordura |
| 45202 | Pro-3 Tac Plat Cordura |
| 45211 | Pro-3 Tac Plat Cordura |
| 45221 | Pro-3 Tac Plat Cordura |
| 45222 | Pro-3 Tac Plat Cordura |
| 45301 | Pro-3 Tac Plat Cordura |
| 45302 | Pro-3 Tac Plat Cordura |
| 47201 | Pro-3 Tac Plat Cordura |
| 47202 | SZ20 PRO-3 TACT HOLSTR OD-LH |
| 47211 | SZ21 PRO-3 TACT HOLSTR OD-RH |
| 47212 | Pro-3 Tac Plat Cordura |
| 47221 | SZ22 PRO-3 TACT HOLSTR OD-RH |
| 47222 | Pro-3 Tac Plat Cordura |
| 47301 | Pro-3 Tac Plat Cordura |
| 47302 | Pro-3 Tac Plat Cordura |
| | |