# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (TEXARKANA DIVISION)

| | |
|---|---|
| **GHJ HOLDINGS, LLC**<br>Relator,<br><br>vs.<br><br>**BUTLER CREEK CORPORATION AND BUSHNELL INC.**,<br>Defendants. | Case No.: 5:11-cv-00060<br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF CONSENT PURSUANT TO RULE 15(a)(2)

On behalf of Defendants Butler Creek Corporation and Bushnell, Inc. ("Defendants"), GHJ Holdings, LLC files this certificate of consent to the filing of this Third Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 29, 2011

Respectfully submitted,

/s/ Randall T. Garteiser
Randall T. Garteiser
 Texas Bar No. 24038912
 randall@glgnow.com
Christopher Johns
 Texas Bar No. 24044849

- 1 -

>chris.johns@glgnow.com
>Christopher A. Honea
>  Texas Bar No. 24059967
>  chris.honea@glgnow.com
>GARTEISER LAW GROUP
>44 North San Pedro Road
>San Rafael, California 94903
>[Tel.] (415)785-3762
>[Fax] (415)785-3805
>
>**ATTORNEYS FOR GHJ HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I, Randall T. Garteiser, am the ECF User whose ID and password are being used to file this document. I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this day. Pursuant to Fed. R. Civ. P. 5, this document was served March 29, 2011 via U.S. Mail and electronic means to counsel for Defendants that are not receiving this document via CM/ECF.

>/s/ Randall T. Garteiser
>Randall T. Garteiser