# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (TEXARKANA DIVISION)

| | |
|---|---|
| **GHJ HOLDINGS, LLC,** § | |
| Plaintiff, § | |
| v. § | CASE NO. 5:11-cv-00060 |
| § | |
| **BUTLER CREEK CORP. AND** § | |
| **BUSHNELL INC.,** § | |
| Defendant. § | |
| § | |
| § | |

## ORDER ON STIPULATED DISMISSAL

The Court, having considered the Motion for Stipulated Dismissal filed by the Parties herein, finds that the Parties have reached a settlement and that this action should be dismissed with prejudice to re-filing of same.

The Court hereby HOLDS and ORDERS that any and all claims by GHJ Holdings, on behalf of itself, the United States, and the general public, regarding Defendant's alleged violation of 35 U.S.C. § 292 by marking, affixing to or using in advertising in connection with any article, the word "patent" or any word or number importing that the same is patented under the U.S. Patents identified in the plaintiff's pleadings are fully resolved and hereby dismissed with prejudice.

The Court hereby HOLDS and ORDERS that compliance with the terms of the Settlement Agreement between the Parties fully resolves any issue relating to Defendants' marking of products with the word "patent" or any word or number importing that the same is patented under the U.S. Patents identified in the plaintiff's Third Amended Complaint.

2

The Court hereby HOLDS and ORDERS that Defendants and those acting in concert therewith and/or selling products manufactured by Defendants shall have a reasonable period of time to sell all or otherwise dispose of inventory marked with the word "patent" or any word or number importing that the same is patented under the U.S. Patents identified in the plaintiff's Third Amended Complaint without further liability under 35 U.S.C. § 292.

The Court hereby HOLDS and ORDERS that the claims asserted in this action by GHJ Holdings on behalf of itself, the United States and the general public are hereby dismissed with prejudice.

**SIGNED this 30th day of March, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE